# EXHIBIT 1

Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26, and 46

**United States Patent and Trademark Office**

Reg. No. 2,421,752
Registered Jan. 16, 2001

## TRADEMARK
PRINCIPAL REGISTER

### NUTRIPLANT

AMWAY CORPORATION (MICHIGAN CORPORATION)
7575 FULTON STREET, EAST
ADA, MI 49355

FOR: FERTILIZERS, PLANT FOODS AND PLANT GROWTH ENHANCERS, ALL FOR AGRICULTURAL USE, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 4-1-1999; IN COMMERCE 4-1-1999.

OWNER OF U.S. REG. NOS. 402,891, 2,058,950, AND OTHERS.

SN 75-439,914, FILED 2-25-1998.

YONG KIM, EXAMINING ATTORNEY