# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Alticor, Inc. and Amway Corporation )<br><br>    Plaintiff(s), )<br><br>    vs. )<br><br>Yield Nation, LLC )<br><br>    Defendant(s). ) | Case No. 4:21-cv-00308 |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>Alticor, Inc.</u> hereby discloses the following organizational interests:

1.    If the subject organization is a corporation,

   a.    Its parent companies or corporations (if none, state "none"):

          Solstice Holdings, Inc. (Parent)
          Alticore Global Holdings Inc. (Grandparent)

   b.    Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

          None

   c.    Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

          None

2.    If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

                                         /s/ Matthew K. Crane
                                         Signature (Counsel for Plaintiff/~~Defendant~~)
                                         Print Name: Matthew K. Crane
                                         Address: 7733 Forsyth Blvd, Ste 1900
                                         City/State/Zip: St. Louis, MO 63105
                                         Phone: 314-889-7300

<u>Certificate of Service</u>

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: <u>March 11</u>, 20<u>21</u>.

                                         /s/ Matthew K. Crane
                                         Signature