**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Alticor Inc. and Amway Corporation )
)
)
Plaintiff(s),                  )
)
vs.                       )          Case No.    4:21-cv-00308
Yield Nation, LLC              )
)
)
Defendant(s).              )

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**
**CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Amway Corporation hereby discloses the following organizational interests:

1.      If the subject organization is a corporation,

   a.      Its parent companies or corporations (if none, state "none"):

      Alticore Corporate Enterprises Inc. (Parent); Alticore Inc. (Grandparent); Solstice Holdings Inc. (Great-Grandparent)

   b.      Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

      None

   c.      Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

      None

2.      If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

/s/ Matthew K. Crane
Signature (Counsel for Plaintiff/Defendant)
Print Name:  Matthew K. Crane
Address:  7733 Forsyth Blvd, Ste 1900
City/State/Zip:  St. Louis, MO 63105
Phone:  314-889-7300

**Certificate of Service**

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
March 11 , 20 21 .

/s/ Matthew K. Crane

Signature