## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

Alticore, Inc.; and
Amway Corporation

———————————————, )

**Plaintiff (s),** )

)

**v.** )   **Case No.**   4:21-cv-00308

)

Yield Nation, LLC )

———————————————, )

**Defendant(s).** )

## NOTICE OF INTENT TO USE
## PROCESS SERVER

Plaintiffs

**Comes now** ——————————— **and notifies the court of the intent to use**

**(Plaintiff or Defendant)**

Markell and Associates, Inc.

————————————————————

**(name  and address of process server)**

2300 Westport Plaza Dr., Suite 202

————————————————————

St. Louis, MO 63146

————————————————————

**To serve:**       Yield Nation, LLC

——————————————————————————**in the**

**(name of defendants to be served by this process server)**

**above-styled cause.  The process server listed above possesses the**

**requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.**

**The undersigned affirms the information provided above is true and correct.**

03/11/2021                                    /s/ Matthew K. Crane

————————————               ————————————————

**(date)**                                **(attorney for Plaintiff)**


————————————————

**(attorney for Defendant)**