# EXHIBIT 2

## DECLARATION OF GREG MAUBACH

I, Greg Maubach, hereby declare as follows:

1. I have personal knowledge of the facts contained in this Declaration, and that they are true to the best of my knowledge and belief. I am over 18 years old and competent to testify to the following.

2. I farm land in and around Shelbina, Missouri.

3. I purchased Nutriplant™ AG foliar treatment (a spray fertilizer) and Nutriplant™ SD seed treatment, which assists seeds in flowing through a planter while adding nutrients, from Ben Buckwalter through his company, Yield Nation, for several years.

4. Mr. Buckwalter first contacted me by a cold call. After I began purchasing Nutriplant™ products from Mr. Buckwalter, he would contact me every fall, generally by phone, to sell more Nutriplant™ products.

5. I had good experiences with Nutriplant™ AG foliar treatment and the Nutriplant™ SD seed treatment. The products were easy to use and apply, and they performed as I expected them to. The Nutriplant™ SD seed treatment came in round, white 2.5-gallon buckets. The Nutriplant™ AG foliar spray came in blue barrels. The containers were consistent year over year—white buckets and the blue barrels.

6. My final purchase from Yield Nation came in December of 2019 for my 2020 crops. Before that purchase, I never had issues with the Nutriplant™ products performing as I expected.

7. In December 2019, Mr. Buckwalter contacted me as he typically did, and offered to sell me the same products I had purchased in the past. He never suggested any products had changed. Because all of my prior purchases with Mr. Buckwalter were for Nutriplant™

products, I believed I was purchasing the same foliar spray and seed treatment I had received in the past. Based on my prior experience with Nutriplant™ products, I purchased 5 buckets of seed treatment and a 270-gallon tote (essentially a large, square drum) of foliar spray. I paid over $10,000 for those products.

8.  When the products I purchased arrived in early 2020, however, I immediately noted that the packaging was different.

9.  The buckets of seed treatment were square, instead of round, and they had Yield Nation labels, rather than Nutriplant™ labels. True and correct photographs of a bucket of the seed treatment I received, as well as its label, is attached as **Exhibit A**.

10. The tote of foliar spray also had a Yield Nation label. A true and correct photograph of the tote of foliar spray I received, as well as its label, is attached as **Exhibit B.**

11. I contacted Mr. Buckwalter about the difference in packaging. He told me that the products I received were the same product I had previously purchased, but that Yield Nation had purchased it in bulk and repackaged it to save costs for farmers. He also told me the formulation had changed slightly for 2020, but that it was the same product I had purchased in the past. I therefore understood this to mean it was still Nutriplant™ product.

12. The product quality, however, was drastically different. The seed treatment was the worst quality I have ever seen. When I told Mr. Buckwalter that, he told me I received a bad lot number of the seed treatment. He personally picked up the 5 buckets of seed treatment and gave me 5 new buckets. But that did not solve the problem as they were also of poor quality.

13. The foliar spray was no better. I could see through the tote that the product had settled out, with particles and sediments sinking to the bottom and the lighter liquids rising to the top. A true and correct photograph of the foliar spray settled out is attached as **Exhibit C.**

Before I ever attempted to use the foliar spray, I received an unsolicited mixer in the mail. Mr. Buckwalter later confirmed that he had sent me the mixer.

14. I later contacted Mr. Buckwalter to report the settling issues with the foliar spray. He insisted the product was good and simply needed to be agitated, and told me to use the mixer he sent me. He assured me that if the product did not work, then he would refund my money.

15. Even after agitating the spray, it would not stay in suspension, and quickly settled out again. As a result, the spray quickly plugged my sprayer system. This required me to repeatedly stop spraying to clean my system, costing me crucial time.

16. I ultimately found the foliar spray to be unusable. I told Mr. Buckwalter to come retrieve the product. At that point, he said he could not offer me a refund because I had used the product on his instruction.

17. Yield Nation eventually provided a partial refund to me of $5,000.

18. Based on Mr. Buckwalter's representations that the product I received in 2020 was simply re-packaged Nutriplant™ product, and based on my past dealings with Yield Nation purchasing Nutriplant™ products, I believed that I had purchased Nutriplant™ product from Yield Nation for the 2020 crop year, but that it was no longer a high-quality product that I would purchase again.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2021

_Greg Maubach_
Greg Maubach

3

Yield Nation®

## Seed Treatment

# 0-0-0

Seed Coating Nutritional Supplement for Emergence and Root Growth of Agricultural Crops

May be Harmful if Swallowed
May Cause Skin and Eye Irritation
Keep Out of Reach of Children

Net weight: 25 lb (11.4 kg)

Distributed and Guaranteed by:
Yield Nation Business Group LLC

Lot # 46119                               Exp. March 2023

**Exhibit A**



## Guaranteed Analysis:

| | |
|---|---|
| Calcium (Ca) | 4.0 % |
| Magnesium (Mg) | 2.0 % |

1.0% Water Soluble Magnesium (Mg)

| | |
|---|---|
| Sulfur(s) | 4.0 % |

4.0% Combined Sulfur (S)

| | |
|---|---|
| Cobalt(Co) | 0.001 % |
| Copper (Cu) | 0.08 % |

0.08% Water Soluble Copper (Cu)

| | |
|---|---|
| Iron (Fe) | 1.05 % |

1.05% Water Soluble Iron (Fe)

| | |
|---|---|
| Manganese (Mn) | 0.25 % |

0.25% Water Soluble Manganese (Mn)

| | |
|---|---|
| Molybdenum (Mo) | 0.0005 % |
| Zinc (Zn) | 1.0 % |

1.0% Water Soluble Zinc (Zn)

Derived from Calcium Sulfate, Magnesium Oxide, Magnesium Sulfate, Cobalt Nitrate, Copper Sulfate, Ferrous Sulfate, Manganese Sulfate, Ammonium Molybdate and Zinc Sulfate.

Information concerning the raw materials composing Yield Nations Seed Treatment can be obtained by writing to Yield Nation Business Group (see address on the label).

### Recommended Application Rates

| | |
|---|---|
| Alfalfa | 4 oz per 100 lb of seed |
| Barley, oats, rice, rye, wheat | 3.5 oz per 100 lb of seed |
| Beans, chickpeas, lentils, peas | 4 oz per 100 lb of seed |
| Carrots | 10 oz per 100 lb of seed |
| Corn | 8 oz per 100 lb of seed |
| Cotton | 12 oz per 100 lb of seed |
| Milo, millets, sorghum, flax | 10 oz per 100 lb of seed |
| Onions, chives, garlic, leeks, shallots | 5 oz per 100 lb of seed |
| Peanuts | 4 oz per 100 lb of seed |
| Potatoes | 16 oz per 1 ton of seed |
| Rapeseed, canola | 10 oz per 100 lb of seed |
| Safflower, sunflowers, sesame | 4 oz per 100 lb of seed |
| Soybeans | 4 oz per 100 lb of seed |
| Squash, melons, pumpkins | 5 oz per 100 lb of seed |
| Sugar beets, Tomatoes | 8 oz per 100 lb of seed |
| Sugar cane | 16 oz per 1 ton of seed |


Exhibit B

## Yield Nation® Foliar Spray

# 6-4-3

### LOW ANALYSIS FERTILIZER

**A Foliar Nutritional Supplement to Enhance Growth of Agricultural Crops**

LOT# 042201C
270 gal (1022 liter)
Net weight: 2700 lb (1224 kg)

May be Harmful if Swallowed
May Cause Skin and Eye Irritation.
Keep Out of Reach of Children.

Distributed and Guaranteed by
Yield Nation Business Group LLC

O'Fallon, MO 63368
U.S.A.

**REDACTED**

### Guaranteed Analysis:

| Component | % |
|---|---|
| Total Nitrogen (N) | 6.0 % |
| 3.3% Ammoniacal Nitrogen | |
| 2.7% Nitrate Nitrogen | |
| Available Phosphate ($P_2O_5$) | 4.0 % |
| Soluble Potash ($K_2O$) | 3.0 % |
| Sulfur (S) | 1.0 % |
| 1.0% Combined Sulfur (S) | |
| Boron (B) | 0.02 % |
| Cobalt (Co) | 0.015 % |
| Copper (Cu) | 0.29 % |
| 0.29% Water Soluble Copper (Cu) | |
| Iron (Fe) | 0.38 % |
| 0.36 Water Soluble Iron (Fe) | |
| Manganese (Mn) | 0.30 % |
| 0.30% Water Soluble Manganese (Mn) | |
| Molybdenum (Mo) | 0.0009 % |
| Zinc (Zn) | 0.60 % |
| 0.60% Water Soluble Zinc (Zn) | |

Derived from Ammonium Nitrate, Ammonium Nitrate, Ammonium Phosphate, Potassium Phosphate, Boric Acid, Cobalt Nitrate, Copper Sulfate, Ferrous Sulfate, Manganese Sulfate, Ammonium Molybdate, And Zinc Sulfate.

Chlorine (Cl) not more than 0.5%

Information concerning the raw materials composing Yield Nation® AG can be obtained by writing to Yield Nation Business Group (see address on the label).

### Recommended Application Rates

Application: SHAKE WELL before using. Dilute with enough water. part Yield Nation® Foliar Spray with 5 parts water prior to mix agrochemicals differ widely, a small test area should be treated occur. For best results apply in the evening or early morning.

#### APPLICATION RATES

| Crop | fl oz/acre | |
|---|---|---|
| Alfalfa | 16 | Apply at about 90% |
| Barley, oats, rye, wheat | 16 | 1 application -winter |
| Berriesa | 16 | 2 applications -early |
| Citrus | 14 | 3 applications -pre-bl |
| Corn (field, pop, sweet) | 16 | 1 application -6-8 leaf |
| Cotton | 8 | 4 weekly applications |
| Flax/Linseed | 16 | 1 application -7-8 leaf s |
| Fruit treesb | 16 | 3 applications -leaf out, |
| Fruiting Vegetablesc | 12 | 3 applications -pre-bloo |
| Grapes | 16 | 3 applications -pre-bloo |
| Hops | 16 | 1 application -pre-bloom |
| Jute | 16 | 1 application -intense gr |
| Legumesd | 16 | 2 applications -pre-bloom |
| Melonse | 12 | 3 applications -pre-bloom |
| Millo, millets, sorghum | 16 | 1 application -6-8 leaf stag |
| Nuts | 16 | 3 applications -pre-bloom, |
| Olives | 16 | 3 applications -pre-bloom, |
| Onions, chives, garlic Leeks, shallots | 8 | 3 applications -6-8 leaf, 2 we |
| Peanuts | 16 | 2 applications -pre-bloom an |
| Potato, yam | 14 | 2 applications -6-8 leaf stage |
| Rapeseed, canola | 16 | 1 application -winter varieties |
| Rice | 14 | 2 applications -2-5 leaf stage a |
| Root Vegetablesf | 8 | 3 applications -on a bimonthly |
| Safflower, sesame | 16 | 1 application -pre-bloom stage. |
| Soybean | 16 | 1 application -pre-bloom stage. |
| Strawberries | 8 | At early bloom (up to 30%). For |
| Stem, leaf flower vegetablesg | 10 | 3 applications -4-5 leaf stage, 2 v |
| Sugar beets | 16 | 1 application -8-10 leaf stage. |
| Sugar cane | 16 | 2 applications -45-70 days after p |
| Sunflowers | 16 | 1 application -at star (bud) formati |
| Tobacco | 16 | 2 applications - 3 weeks after tran |
| Tropical fruitsh | 16 | 2 applications -at the beginning of |

aBlackberry, blueberry, cranberry, currants, dewberry, gooseberry, loganberry, r
bApple, apricot, avocado, cherry, nectarine, peach, pear, plum.
cCucumber, eggplant, pepper, pumpkin, squash, tomato.
dBeans, (dry, faba, green, etc.) chickpeas (garbanzos), lentils, peas.
eCantaloupe, crenshaw, honeydew, watermelon.
fBeet, carrot, parsnip, radish, turnip.
gArtichoke, asparagus, broccoli, Brussels sprouts, cabbage, cauliflower, celery,
hBananas, mangos, papaya, pineapple.

**Important Notice:** Read the entire label. Use only in accordance with the label instru fertilizer program. Yield Nation® Foliar Spray is intended as a supplement to a regula provide all the nutrients normally required by plants.

Information regarding the contents and levels of metals in this product is available on http://www.aapfco.org/metals.html

Storage: Store at temperatures between freezing and 110°F (43°C). Keep container tight not stor  direct sunlight.

