# EXHIBIT 3

# DECLARATION OF BILL SCHEWE

I, Bill Schewe, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration, and they are true to the best of my knowledge and belief. I am over 18 years old and competent to testify to the following.

2. I farm land in and around Greenville, Illinois.

3. I first purchased and used Nutriplant™ AG foliar treatment, a spray fertilizer, about five years ago. I bought the product from Ben Buckwalter after he cold-called me. At the time, I bought a relatively small amount of the Nutriplant™ AG spray (a single 30-gallon drum) to use on a small portion of my crops and determine if it was worth using in the future.

4. The foliar spray was shipped to my house and arrived in a blue drum. A true and correct photograph of the Nutriplant™ AG drum I received is attached as **Exhibit A**.

5. That year, I sprayed the Nutriplant™ AG on my soybeans, and the product performed like it was supposed to. Importantly, it was easy to apply. When spraying fields during cultivation, I often mix fertilizer with different chemicals that protect crops. It is important that the fertilizer spray mixes well with those other chemicals. It is also important that the fertilizer spray stays in suspension and does not separate or settle. If particles settle out of the fertilizer spray, they will clog a sprayer's filters, screens, and nozzles. This can lead to serious delays in spraying a field. The Nutriplant™ AG mixed easily with the other chemicals I used, sprayed easily, and did not settle out.

6. In addition to being easy to use, the Nutriplant™ AG performed well. Visually, my crops had better color, and I saw anywhere between a two- and five-bushel per acre increase on my soybean yields that year.

7. Late in the same year that I had first used Nutriplant™ AG, Mr. Buckwalter called me again to offer me more Nutriplant™ AG for the following crop year. I liked the way Nutriplant™ AG performed, so I purchased even more for the next year. I also purchased some Nutriplant™ SD seed treatment, which came in a round, white bucket. A true and correct photograph of the Nutriplant™ SD seed treatment I received is attached as **Exhibit B**. I use seed treatment to ensure seeds flow properly through my planter when planting, while providing some added nutrients. The seed treatment worked how I wanted it to, and I was pleased with it.

8. Because I liked the Nutriplant™ products, I bought them from Mr. Buckwalter each year. Mr. Buckwalter would call me late in the year or early the following crop year, and I would purchase more of the Nutriplant™ AG and Nutriplant™ SD for that crop year. Since I knew what I was getting and how the product would perform, I purchased in greater quantities in subsequent years. In January 2018, for example, I purchased a 240-gallon tote (essentially a large square drum) of Nutriplant™ AG foliar spray for use in the 2018 crop year. A true and correct copy of the invoice Mr. Buckwalter provided me for that purchase is attached as **Exhibit C**. I purchased two more 30-gallon barrels later that year. A true and correct copy of the invoice Mr. Buckwalter provided me for that purchase is attached as **Exhibit D**. I would pay the invoices up front and the product would typically arrive in late February or early March.

9. That changed in late 2019. At the end of that year, Mr. Buckwalter called me and asked if I was still happy with the product. I understood him to be referring to the Nutriplant™ products, which were the only products I had purchased from him. I told him the products worked the way I wanted them to, and I ordered a 240-gallon tote of the Nutriplant™ AG foliar spray and more buckets of the Nutriplant™ SD seed treatment. I ordered another 240-gallon tote

of the Nutriplant™ AG foliar spray because I was comfortable with the product. I knew what I was getting and how it worked.

10. In early January 2020, Mr. Buckwalter gave me an invoice that showed that I was buying a 240-gallon tote of Nutriplant™ AG foliar spray and four buckets of the Nutriplant™ SD seed treatment. The invoice included photos of the Nutriplant™ AG foliar treatment and the Nutriplant™ SD seed treatment, which were the same as the products I had purchased in each prior year. A true and correct copy of the invoice Mr. Buckwalter provided me for that transaction is attached as **Exhibit E**. I again paid Mr. Buckwalter up front for those products and waited for them to be delivered to me.

11. The products did not arrive by late February or early March of that year as they typically had in the past, so I called Mr. Buckwalter. He assured me the product was on its way.

12. The foliar spray arrived first. Before I even unloaded it from the truck I could see through the tote that the spray itself looked different. I could see through the tote that the product had separated out. While Nutriplant™ foliar spray was always a uniform black color, this was separated out into layers, with heavier particles at the bottom and the lighter liquids at the top. I also saw that the label on the tote said "Yield Nation" instead of Nutriplant™. A true and correct photograph of the tote of foliar spray I received, as well as its label, is attached as **Exhibit F**.

13. Mr. Buckwalter later dropped off the seed treatment in person. Instead of the round, white Nutriplant™ buckets, the seed treatment was in square buckets that said "Yield Nation." A true and correct photograph of the bucket of seed treatment I received is attached as **Exhibit G**. When I asked Mr. Buckwalter about this, he simply said that "we put it in a different bucket this year." I understood him to mean that the Nutriplant product was simply packaged differently.

14. At no point before this did Mr. Buckwalter specifically mention the Yield Nation company. While "Yield Nation" was on the invoices I received, I understood that to be an entity Mr. Buckwalter worked with. I had never heard of Yield Nation providing product in its own packaging until I read it on the labels of the products that Mr. Buckwalter sent me in 2020. He had always sold me Nutriplant™ products, and he had offered to sell me Nutriplant™ products again in 2020. The only reason I purchased those products in large quantities was because I believed them to be Nutriplant™ and therefore I knew how they would perform.

15. I called Mr. Buckwalter and asked why the foliar spray looked different and had settled out. He simply said that "the product settles out a little more this year." He told me he would send me a mixer to agitate the product before spraying it.

16. I tried a small amount of the spray on a few acres to see if it would hurt my crops. Unlike the Nutriplant™ foliar spray I believed I purchased and had purchased in the past, this product was horrible in terms of mixing and spraying. Because it settled out, it had solids in it that plugged the screens and filters in my sprayer. This meant I had to repeatedly lose time unclogging those screens to spray my fields. Eventually the spraying system became clogged with sediment from the spray. After spending many hours trying to clean the spraying system, I had to give up and dispose of the foliar spray. Because the spray was mixed with other chemicals, I lost those chemicals as well.

17. That was not the end of my problems. Mr. Buckwalter

called to tell me there was a problem with the seed treatment he sold me, and that he would have to come replace it. When I looked inside the square Yield Nation bucket I had received, there were large chunks of solids in it, almost like gravel. This looked completely different from the Nutriplant™ SD seed treatment I had previously purchased; and it was unusable—seed treatment is meant to be a fine powder to help seeds flow through a planter. We eventually screened the seed treatment, and about 25% of it was made of unusable solid chunks. A true and correct photograph of the remaining unused product is attached as **Exhibit H**.

18. My wife called the telephone number on the packaging and reached Yield Nation—not Nutriplant. We eventually received a refund from Yield Nation on the seed treatment. I was not refunded by Yield Nation for the unusable foliar spray.

19. Had I known what Yield Nation was selling me for the 2020 crop year was not Nutriplant™ foliar spray and seed treatment, I would not have purchased product from Yield Nation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2021

Bill Schewe

Bill Schewe



NUTRIPLANT® AG
6-4-3
Low Analysis Fertilizer
A Foliar Nutritional Supplement
to Enhance Growth of Agricultural Crops
30 gal (113 liter)
Net weight: 300 lb (136 kg)
May be Harmful if Swallowed. May Cause Skin and Eye Irritation.
Keep Out of Reach of Children.
LOT NO.: YNJM0412
EXP.: 02/21
Exhibit
A


NUTRIPLANT® SD
0-0-0
Seed Coating Nutritional Supplement for Emergence and Root Growth of Agricultural Crops
May be Harmful if Swallowed
May Cause Skin and Eye Irritation
Keep Out of Reach of Children
Net weight 25 lb (11.4 kg)
Distributed and Guaranteed by
Access Business Group International LLC
7575 Fulton Street East
Ada, MI 49355
U.S.A.
60-3479
Guaranteed Analysis
EXP.: 12/21
Exhibit
B

Yield Nation

Sales Rep: Ben Buckwalter
Phone: REDACTED
Email:

YIELDNATION.COM

Sale To: Bill Schewe
Greenville, IL 62646












Ensure maximum crop yield with this liquid foliar nutritional supplement.

Provide essential nutrients which activate crucial enzymes that optimize metabolic pathways necessary for proper seedling growth and enhanced vigor.

For better weed control, for hard-to- penetrate soils, for many farming applications.

| PAYMENT METHOD | DATE OF SALE | MISC. |
|---|---|---|
| Check | 1/3/2018 | Receipt # 04-973635B |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| 1 | 240 gal. | Nutriplant AG | $12.00/acre | -$3.40/acre | $16,500 |
| 4 | 25 lb. bucket | Nutriplant SD | $3.00/acre | -$1.25/acre | $1,680 |

TOTAL DISCOUNT

Exhibit C

SUBTOTAL

SALES TAX

TOTAL $18,180.00

Please make check payable to Yield Nation

**Thank you for your business!**

Paid #1090 1-5-19 18180.00



SALES RECEIPT

YIELDNATION.COM

REDACTED

Sales Rep: Ben Buckwalter
Phone:
Email:

Sale To: William Schewe
Greenville, IL 62246







Ensure maximum crop yield with this liquid foliar nutritional supplement.




Provide essential nutrients which activate crucial enzymes that optimize metabolic pathways necessary for proper seedling growth and enhanced vigor.



For better weed control, for hard- to- penetrate soils, for many farming applications.

| PAYMENT METHOD | DATE OF SALE | MISC. |
|---|---|---|
| Check | 3/12/2018 | Receipt # 01-184585 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| 2 | 30 gal. | Nutriplant AG | $12.00/acre | -$2.20/acre | $4700 |
| 4 | 25 lb. bucket | Nutriplant SD | $3.00/acre | -$1.25/acre | $1680 |

TOTAL DISCOUNT

Exhibit D

SUBTOTAL

SALES TAX

Please make check payable to Yield Nation

TOTAL $6380.00

Thank you for your business!

Paid #4010 3-12-18

Remit Payment To:
Yield Nation

O'Fallon, MO 63368

Sales Rep: Ben Buckwalter
Phone:
Email:




SALES RECEIPT

YIELDNATION.COM

Sale To: Bill Schewe

Greenville, IL 62246




Ensure maximum crop yield with this liquid foliar nutritional supplement.




Provide essential nutrients which activate crucial enzymes that optimize metabolic pathways necessary for proper seedling growth and enhanced vigor.



For better weed control, for hard-to- penetrate soils, for many farming applications.



| PAYMENT METHOD | | DATE OF SALE | | MISC. | |
|---|---|---|---|---|---|
| Check | | 01-07-20 | | Receipt # 8395325A | |
| QTY | ITEM | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
| 1 | 240 gal. | Organic Foliar | $12.00/acre | -$3.40/acre | $16,500 |
| 4 | 25lb. | Root Enhancement | $3.00/acre | -$1.25/acre | $1,680 |
| | | | | | |
| | | | TOTAL DISCOUNT | | |
| | | | | SUBTOTAL | |
| | | | | SALES TAX | |
| | | | | TOTAL | $18,180 |

Please make check payable to Yield Nation

**Thank you for your business!**

$ 18180.00 Paid ck# 2129 1-23-20


GREENVILLE.IL
4
6-4-3
M6076

# Yield Nation® Foliar Spray

# 6-4-3

## LOW ANALYSIS FERTILIZER

**A Foliar Nutritional Supplement to Enhance Growth of Agricultural Crops**

LOT# 042201C
240 gal (908 liter)
Net weight: 2400 lb (1088 kg)

**May be Harmful if Swallowed**
**May Cause Skin and Eye Irritation.**
**Keep Out of Reach of Children.**

Distributed and Guaranteed by
Yield Nation Business Group LLC
2977 Highway K #225
O'Fallon, MO 63368
U.S.A.



## Guaranteed Analysis:

Total Nitrogen (N)..............6.0 %
3.3% Ammoniacal Nitrogen
2.7% Nitrate Nitrogen
Available Phosphate (P2O5)....4.0 %
Soluble Potash (K2O)............3.0 %
Sulfur (S)..........................1.0 %
1.0% Combined Sulfur (S)
Boron (B)..........................0.02 %
Cobalt (Co)........................0.015 %
Copper (Cu).......................0.29 %
0.29% Water Soluble Copper (Cu)
Iron (Fe)...........................0.38 %
0.36 Water Soluble Iron (Fe)
Manganese (Mn).................0.30 %
0.30% Water Soluble Manganese (Mn)
Molybdenum (Mo)..............0.0009 %
Zinc (Zn)...........................0.60 %
0.60% Water Soluble Zinc (Zn)

Derived from Ammonium Nitrate, Ammonium Nitrate, Ammonium Phosphate, Potassium Phosphate, Boric Acid, Cobalt Nitrate, Copper Sulfate, Ferrous Sulfate, Manganese Sulfate, Ammonium Molybdate, And Zinc Sulfate.

Chlorine (Cl) not more than 0.5%

Information concerning the raw materials composing Yield Nation® AG can be obtained by writing to Yield Nation Business Group (see address on the label).

Recommended Yield Nation® Foliar Spray
Application Rates and Times for Selected Crops

Application: SHAKE WELL before using. Dilute with enough water for uniform coverage. To co-apply with agrochemicals, dilute 1 part Yield Nation® Foliar Spray with 5 parts water prior to mixing with pre-diluted chemicals. Because available formulations of agrochemicals differ widely, a small test area should be treated prior to large scale mixing to determine that no undesirable effects occur. For best results apply in the morning or early evening.

| Crop | APPLICATION RATES | APPLICATION STAGE(S) |
|---|---|---|
| Alfalfa | 16 | Apply at about 90% ground cover. Repeat application after each cutting. |
| Barley, oats, rye, wheat | 16 | 1 application - winter varieties at first spring growth; spring varieties at 2-5 leaf stage |
| Berriesa | 16 | 2 applications - early to 30% bloom and at fruit set. For multiple picking, after each harvest. |
| Citrus | 14 | 3 applications - pre-bloom, fruit set and at fruit color change |
| Corn (Field, pop, sweet) | 16 | 1 application 4-8 leaf stage |
| Cotton | 8 | 4 weekly applications beginning at pinhead square |
| Flax/Linseed | 16 | 1 application 3-6 leaf stage |
| Fruit treesb | 16 | 3 applications - leaf out, fruit set, and at fruit color change |
| Fruiting Vegetablesc | 12 | 3 applications - pre-bloom, fruit set and at color change |
| Grapes | 16 | 3 applications - pre-bloom, fruit set and again 2-3 weeks later |
| Hops | 16 | 1 application - pre-bloom stage |
| Jute | 16 | 1 application - intense growth stage |
| Legumesd | 16 | 2 applications - pre-bloom and pod set stage |
| Melonse | 12 | 3 applications - pre-bloom, fruit set and at fruit color change |
| Milo, millets, sorghum | 16 | 1 application 4-8 leaf stage |
| Nuts | 16 | 3 applications - pre-bloom, fruit set and again 3 weeks later |
| Olives | 16 | 3 applications - pre-bloom, fruit set and at fruit color change |
| Onions, chives, garlic Leeks, shallots | 8 | 3 applications - 4-6 leaf, 2 weeks later, and again 4 weeks later |
| Peanuts | 16 | 2 applications - pre-bloom and at initial pegging |
| Potato, yam | 14 | 2 applications - 4-8 leaf stage and again 4 weeks later |
| Rapeseed, canola | 16 | 1 application - winter varieties at first spring growth, spring varieties at 4-6 leaf stage |
| Rice | 14 | 2 applications - 2-5 leaf stage and at panicle initiation |
| Root Vegetablesf | 8 | 3 applications - on a bimonthly basis, starting at 4-6 leaf stage |
| Safflower, sesame | 16 | 1 application - pre-bloom stage |
| Soybean | 16 | 1 application - pre-bloom stage |
| Strawberries | 8 | At early bloom (up to 10%). For multiple picking, after each harvest. |
| Stem, leaf flower vegetablesg | 10 | 3 applications - 4-5 leaf stage, 2 weeks later and again 4 weeks later |
| Sugar beets | 16 | 1 application 8-10 leaf stage |
| Sugar cane | 16 | 2 applications - 45-70 days after planting and 4 weeks later |
| Sunflowers | 16 | 1 application - at star (bud) formation |
| Tobacco | 16 | 2 applications - 3 weeks after transplanting and again 6 weeks after transplanting |
| Tropical fruitsh | 16 | 2 applications - at the beginning of intensive plant growth and at fruit set |

aBlackberry, blueberry, cranberry, currants, dewberry, gooseberry, loganberry, raspberry.
bApple, apricot, avocado, cherry, nectarine, peach, pear, plum.
cCucumber, eggplant, pepper, pumpkin, squash, tomato.
dBeans, (dry, faba, green, etc.) chickpeas (garbanzos), lentils, peas.
eCantaloupe, crenshaw, honeydew, watermelon.
fBeet, carrot, parsnip, radish, turnip.
gArtichoke, asparagus, broccoli, Brussels sprouts, cabbage, cauliflower, celery, endive, lettuce, parsley, spinach
hBananas, mangos, papaya, pineapple.

Important Notice: Read the entire label. Use only in accordance with the label instructions. Use in conjunction with your normal fertilizer program. Yield Nation® Foliar Spray is intended as a supplement to a regular fertilizer program and will not, by itself, provide all the nutrients normally required by plants.

Information regarding the contents and levels of metals in this product is available on the Internet at http://www.aapfco.org/metals.html

Storage: Store at temperatures between freezing and 110°F (43°C). Keep container tightly closed. Do not store diluted product. Do not store in direct sunlight.




Yield Nation®
Seed Treatment
0-0-0
Seed Coating Nutritional Supplement for Emergence and Root Growth of Agricultural Crops
May be Harmful if Swallowed
May Cause Skin and Eye Irritation
Keep Out of Reach of Children
Distributed and Guaranteed by:
Yield Nation Business Group LLC
Exp. March 2023
Lot # 46123
Exhibit
G


Exhibit
H