# EXHIBIT 7

## DECLARATION OF JAY GREENWOOD

I, Jay Greenwood, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration, and that they are true to the best of my knowledge and belief. I am over 18 years old and competent to testify to the following.

2. I farm land in Coffeen, Illinois about an hour east of St. Louis, Missouri.

3. I first learned about Nutriplant™ products when Ben Buckwalter cold-called me to offer Nutriplant™ products for sale in 2017. Mr. Buckwalter told me that he was selling Nutriplant™ products only. At that time, I did not purchase any products from Mr. Buckwalter.

4. In late 2018, Mr. Buckwalter again called and offered to sell me Nutriplant™ products. I first purchased Nutriplant™ products in December 2018 for use in the 2019 crop year. I bought two barrels of Nutriplant™ AG foliar spray, a spray fertilizer, and several buckets of Nutriplant™ SD, a seed treatment, from Mr. Buckwalter. The invoices Mr. Buckwalter gave me were from Yield Nation, which I understood to be the company he worked with to sell Nutriplant™ products. True and correct copies of the invoices I received for those purchases in 2018 are attached as **Exhibit A**.

5. Early in 2019, Mr. Buckwalter personally delivered the Nutriplant™ SD seed treatment I had purchased. The seed treatment came in round, white buckets, which had Nutriplant™ labels on them. The product packaging looked like the photographs on the 2018 invoice.

6. The Nutriplant™ AG foliar spray was delivered later in 2019 by a delivery service. The product came in blue barrels with Nutriplant™ labels on them. The product packaging looked like the photographs on the 2018 invoice.

7. When I used the Nutriplant™ AG and Nutriplant™ SD on my 2019 crops, both performed the way I anticipated. I applied the Nutriplant™ AG foliar spray through a sprayer. I did not have any issues spraying the product. I used the Nutriplant™ SD seed treatment to ensure that seeds would flow properly through my planter when planting, while providing some added nutrients. The seed treatment worked as I wanted it to, and I was pleased with it.

8. In November of 2019, Mr. Buckwalter contacted me again, and represented that he was once again selling Nutriplant™ products. Because I liked the way the Nutriplant™ products had performed, I purchased a 270 gallon tote of foliar spray for use on all of my 2020 crops.

9. Mr. Buckwalter gave me an invoice for that purchase. The invoice for that purchase specifically listed Nutriplant™ AG and Nutriplant™ SD on it in Mr. Buckwalter's handwriting, and had photos of Nutriplant™ products, which I believed I was purchasing. A true and correct copy of the invoice for the products I purchased in November 2019 for the 2020 crop year is attached as **Exhibit B**.

10. In early 2020 I purchased an additional 30 gallon drum of what I believed would be Nutriplant™ AG foliar spray to be delivered along with the 270 gallon tote I had purchased.

11. I received the Nutriplant™ SD seed treatment in early 2020. Some of it was the same as the Nutriplant™ SD seed treatment I had purchased in the past, which came in a round, white bucket and performed as expected. Some of the seed treatment came in a white, square bucket with different labelling, which I did not notice right away. A true and correct photograph of the label on the white, square buckets I received is attached as **Exhibit C**.

12. The foliar spray arrived later in 2020. When the tote (essentially a large, square drum) and barrel of foliar spray arrived, I did not immediately make note of their labels. I did

note, however, that the barrel was a clear, white barrel rather than a blue barrel. A true and correct photograph of the barrel of the foliar spray I received in 2020 is attached as **Exhibit D**.

13. When I attempted to use the foliar spray in 2020, I found that it was different from the year before. I also found that it caused me serious issues. The spray, which is a liquid, had settled out, with the heavier particles at the bottom and lighter layers of liquid on top. I could see the separation even through the tote.

14. I tried to agitate the foliar spray to mix it before using in my sprayer. That did not work. Particles and sediment settled out almost immediately, and the spray plugged the filter on my sprayer. A true and correct photograph of a sample of the foliar spray showing how the spray settles out is attached as **Exhibit E**. That required me to remove the filter and pull the sediment out of the sprayer's filter. I had to repeat this process multiple times, losing critical time during spraying.

15. When I told Mr. Buckwalter about these issues, he simply told me to mix the spray. He then shipped me a mixer, which I did not request. I had never had to mix the Nutriplant™ AG foliar spray in the past.

16. Because Mr. Buckwalter had previously sold me Nutriplant™ products through the Yield Nation company, and because he represented to me that he was selling me Nutriplant™ products for the 2020 crop year (including the invoice he gave me, which had the names and images of Nutriplant™ product on it), I believed that the foliar spray delivered to me in 2020 was Nutriplant™ AG foliar spray product, and that it had changed that year.

17. In November 2020, Mr. Buckwalter through Yield Nation again called me to sell me foliar spray and seed treatment for the 2021 crop year. I understood that he was seeking to sell me Nutriplant™ foliar spray and seed treatment products as he had done in the past.

18. I was still under the impression that Yield Nation had sold me Nutriplant™ foliar spray and seed treatment product in 2019 for the 2020 crop year, and despite the problems I had that year with the products, they had worked well for me in the past, so I decided to give them another try.

19. I purchased three 240 gallon totes of foliar spray and 16 buckets of seed treatment from Yield Nation in November 2020, again believing that I was purchasing Nutriplant™ products. Mr. Buckwalter never indicated to me he was selling me anything other than the Nutriplant™ products I had purchased, or that I believed that I had purchased, in the past. A true and correct copy of the invoice for the products I purchased in November 2020 for the 2021 crop year is attached as **Exhibit F**. As in past years, I paid Yield Nation up front for the product, which would be shipped to me at a later date.

20. Prior to receiving the 2021 shipment, I eventually noticed that the tote of foliar spray I had purchased in 2019 for the 2020 crop year had a Yield Nation—not a Nutriplant™— label on it. A true and correct photograph of the label on the foliar spray tote is attached as **Exhibit G**.

21. I then came to understand that the product Yield Nation had sold me in 2019 was not Nutriplant™ product as represented on the Yield Nation invoices, which now also made sense to me since that product did not perform like the actual Nutriplant™ product I had previously purchased.

22. Since I now understood that what was sold to me and what I received for the 2020 crop year was not Nutriplant™ AG foliar spray despite the representations made to me, I refused shipment of the foliar spray and seed treatment Yield Nation sold to me for the 2021 crop year.

4

23. Had I realized sooner that what had been sold to me for the 2020 crop year was not Nutriplant™ product, I would not have purchased foliar spray or seed treatment from Yield Nation for the 2021 crop year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2021

Jay Greenwood

5



Yield Nation
YIELDNATION.COM

**REDACTED**

Sales Rep: Ben Buckwalter
Phone:

Sale To: Greenwood Farms Inc.
Coffeen, IL 62017

**PAID**

Ensure maximum crop yield with this liquid foliar nutritional supplement.

Provide essential nutrients which activate crucial enzymes that optimize metabolic pathways necessary for proper seedling growth and enhanced vigor.

For better weed control, for hard-to-penetrate soils, for many farming applications.

| PAYMENT METHOD | DATE OF SALE | MISC. |
|---|---|---|
| Check | 12/14/2018 | Receipt # 08-76 4615 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| 16 | 25lb bucket | Nutriplant SD | $3.00/acre | $1.95 | $6,240.00 |

use This instead of Talc
will yield Bump 10 bu per A.
5 bu guaranteed

TOTAL DISCOUNT

SUBTOTAL
SALES TAX
TOTAL $6,240.00

Please make check payable to Yield Nation
Thank you for your business!

Exhibit A







**Guaranteed Analysis:**

Calcium (Ca) .................................................. 4.0 %
Magnesium (Mg) ............................................. 2.0 %
  1.0% Water Soluble Magnesium (Mg)
Sulfur (S) ...................................................... 4.0 %
  4.0% Combined Sulfur (S)
Cobalt (Co) .................................................. 0.001 %
Copper (Cu) ................................................. 0.08 %
  0.08% Water Soluble Copper (Cu)
Iron (Fe) ...................................................... 1.05 %
  1.05% Water Soluble Iron (Fe)
Manganese (Mn) ........................................... 0.25 %
  0.25% Water Soluble Manganese (Mn)
Molybdenum (Mo) ......................................... 0.0005 %
Zinc (Zn) ..................................................... 1.0 %
  1.0% Water Soluble Zinc (Zn)

Derived from Calcium Sulfate, Magnesium Oxide, Magnesium Sulfate, Cobalt Nitrate, Copper Sulfate, Ferrous Sulfate, Manganese Sulfate, Ammonium Molybdate and Zinc Sulfate. Information concerning the raw materials composing Yield Nation® Seed Treatment can be obtained by writing to Yield Nation Business Group (see address on the label).

**Recommended Application Rates**

| Crop | Rate |
|---|---|
| Alfalfa | 4 oz Per 100 lb of seed |
| Barley, oats, rice, rye, wheat | 3.5 oz per 100 lb of seed |
| Beans, chickpeas, lentils, peas | 4 oz per 100 lb of seed |
| Carrots | 10 oz per 100 lb of seed |
| Corn | 8 oz per 100 lb of seed |
| Cotton | 12 oz per 100 lb of seed |
| Milo, millets, sorghum, flax | 10 oz per 100 lb of seed |
| Onions, chives, garlic, leeks, shallots | 5 oz per 100 lb of seed |
| Peanuts | 4 oz per 100 lb of seed |
| Potatoes | 16 oz per 1 ton of seed |
| Rapeseed, canola | 10 oz per 100 lb of seed |
| Safflower, sunflowers, sesame | 4 oz per 100 lb of seed |
| Soybeans | 4 oz per 100 lb of seed |
| Squash, melons, pumpkins | 5 oz per 100 lb of seed |
| Sugar beets Tomatoes | 8 oz per 100 lb of seed |
| Sugar cane | 16 oz per 1 ton of seed |

Exhibit C



Exhibit D



REDACTED







Exhibit G