# EXHIBIT 8

## DECLARATION OF MATT LAFONT

I, Matt LaFont, hereby declare as follows:

1. I have personal knowledge of the facts contained in this Declaration, and they are true to the best of my knowledge and belief. I am over 18 years old and competent to testify to the following.

2. I farm land in and around Brookport, Illinois.

3. I first purchased Nutriplant™ products in 2019 for the 2019 crop year.

4. I purchased the Nutriplant™ products from Yield Nation through Ben Buckwalter, who cold-called me to offer the products for sale. I had already heard of the Nutriplant™ products before he contacted me, however, and was already interested in trying them.

5. I purchased both Nutriplant™ AG foliar treatment, a spray fertilizer, and Nutriplant™ SD seed treatment, which is meant to help seeds flow through a planter while adding some nutrients. The foliar spray arrived in a tote (essentially a large, square drum) which had a Nutriplant™ label on it. The Nutriplant™ SD seed treatment came in round, white buckets.

6. I liked the way both products performed when I used them in 2019.

7. Mr. Buckwalter contacted me again in the early spring of 2020 to sell me more of the Nutriplant™ products. He told me that there were some changes to the packaging, but insisted that the product itself was the same.

8. I thus purchased what I believed would be more of the Nutriplant™ SD seed treatment from Yield Nation for use on my 2020 crops.

9. When the seed treatment arrived, it was in a square, white bucket with a Yield Nation label on it instead of the round, white bucket with Nutriplant™ labelling I received the year before. That did not surprise me given what Mr. Buckwalter had told me about the changed packaging.

10. However, it was immediately clear when I opened the bucket that the product itself was totally different. I wasn't able to use it at all. It caked up and turned into a solid. A true and correct photograph of that product is attached as **Exhibit A.** I

spent almost two days getting it cleaned out of our planters, costing me critical time during planting.

11. I ultimately told Mr. Buckwalter to come pick up his product, and received a refund from Yield Nation.  A true and correct copy of the refund check from Yield Nation is attached as **Exhibit B**.

12. Because Mr. Buckwalter insisted that the Yield Nation product I received was the same as the Nutriplant™ product I previously received in different packaging, I believed at the time that the Nutriplant™ products were no longer high quality.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February /◌ , 2021
    Matt LaFont

2



