# **EXHIBIT 10**

## DECLARATION OF JOHN RAPP

I, John Rapp, hereby declare as follows:

1. I have personal knowledge of the facts contained in this Declaration, and they are true to the best of my knowledge and belief. I am over 18 years old and competent to testify to the following.

2. I farm land in and around Belle Rive, Illinois.

3. I first purchased Nutriplant™ products about three or four years ago. I purchased those products from Ben Buckwalter, who sold them through a company called Yield Nation. The first I heard of Nutriplant™ was when Mr. Buckwalter first visited my farm on a sales call. After speaking to him about the Nutriplant™ products, I bought one 30-gallon drum of Nutriplant™ AG foliar treatment, a spray fertilizer, and several buckets of Nutriplant™ SD seed treatment, which helps seeds flow through a planter while adding some nutrients.

4. The Nutriplant™ products performed very well. I did not perform a yield check, but the foliar spray appeared to visually improve the crop. Importantly, the foliar spray was also easy to use and apply, and blended well with anything else I needed to spray.

5. For several years I purchased the Nutriplant™ foliar spray and seed treatment from Mr. Buckwalter, who was selling Nutriplant™ products through Yield Nation. Each year the Nutriplant™ foliar spray came in a blue drum with a Nutriplant™ label and the seed treatment came in round, white buckets with a Nutriplant™ label. A true and correct photograph of the Nutriplant™ foliar spray I received for the 2019 crop year is attached as **Exhibit A**.

6. Each year The Nutriplant™ products performed as I expected them to. And each year I purchased the product the same way: Mr. Buckwalter would generally call on the phone then stop by in person with an invoice.

7. The last time I bought what I believed to be Nutriplant™ products from Yield Nation was in November 2019 for the 2020 crop year. I bought one 30-gallon drum of the Nutriplant™ foliar spray and five buckets of Nutriplant™ seed treatment. I purchased the Nutriplant™ products from Yield Nation because of the way they had performed in the past. A true and correct copy of the Yield Nation invoice Mr. Buckwalter provided me for that purchase showing the Nutriplant™ products I was purchasing is attached as **Exhibit B**.

8. I paid Yield Nation by check for that purchase. A true and correct copy of the check to Yield Nation in my handwriting is attached as **Exhibit C**.

9. The drum of foliar spray was delivered in early 2020. I could immediately see that it was not the same Nutriplant™ product I had purchased in the past. It was in a clear, white drum, instead of the blue drums I had previously received, which was also represented on the invoice for this purchase, and the label on the drum said Yield Nation instead of Nutriplant™. A true and correct photograph of the drum I received is attached as **Exhibit D**.

10. Mr. Buckwalter never told me that he was selling me Yield Nation products instead of Nutriplant™.

11. The Yield Nation foliar spray had serious problems. For one, the product separates and will not mix back together. I rolled the barrel around my shop floor to mix it, but as soon as I stopped, the product would immediately come out of suspension and separate again. This never happened with the Nutriplant™ product.

12. I refused to use the Yield Nation spray in my sprayer because putting a separated product like that in a sprayer will clog it up. I had heard from other farmers who used the same product that they had experienced clogs when trying to use the Yield Nation spray, so I avoided it.

13. I tried multiple times to contact Mr. Buckwalter about the Yield Nation product he sent me, but never got through to him.

14. My experience with Mr. Buckwalter and Yield Nation affected my trust in people selling Nutriplant™ products. I would consider purchasing Nutriplant™ products again, but only from someone I personally trusted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2021

_____
John Rapp

3



Exhibit A

Remit Payment to:
[redacted]
O'Fallon, MO 63368



**YieldNation**

SALES RECEIPT

YIELDNATION.COM

Sales Rep: Ben Buckwalter
Phone: [redacted]
Email: [redacted]

Sale To: Rapp Bros
[redacted]
Bell Rive, IL

PAID

#9209



Ensure maximum crop yield with this liquid foliar nutritional supplement.



Provide essential nutrients which activate crucial enzymes that optimize metabolic pathways necessary for proper seedling growth and enhanced vigor.



For better weed control, for hard-to-penetrate soils, for many farming applications.

| PAYMENT METHOD | DATE OF SALE | | MISC. | |
|---|---|---|---|---|
| Check | 11-26-19 | | #A1BC 215 | |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| 1 | 30 gal. | Nutriplant AG | $12.00/acre | -$2.20/acre | $2,350 |
| 5 | 25 lb | Root Enhancement | $3.00/acre | -$1.00/acre | $2,400 |

TOTAL DISCOUNT

SUBTOTAL
SALES TAX
TOTAL  $4,750.00

Please make check payable to Yield Nation
Thank you for your business!

Exhibit B

REDACTED   70-680/812   9209

**Rapp Bros Farm**
**John W. Rapp or Paul J. Rapp**
Bell Rive, IL 62810

DATE 11-27-19

PAY TO THE ORDER OF   Yield Nation   $ 4750.<sup>00</sup>

Forty Seven Hundred and Fifty ———— DOLLARS

PEOPLES NATIONAL BANK
PEOPLESNATIONALBANK.COM

MEMO

Seq: 107
Batch: 009723
Date: 12/06/19

Seq:00107 12/06/19
BAT:009723 CC.7223006635
HT.61 LTFS.Dallas CT
BC.Shoppes at Lake St. Louis

Exhibit C

