# EXHIBIT 11

## DECLARATION OF KENT ROSER

I, Kent Roser, hereby declare as follows:

1. I have personal knowledge of the facts contained in this Declaration, and they are true to the best of my knowledge and belief. I am over 18 years old and competent to testify to the following.

2. I farm land in and around Carmi, Illinois.

3. I first purchased Nutriplant™ products in late 2018 or early 2019 for use on my 2019 crops.

4. I purchased the Nutriplant™ foliar spray from Yield Nation through Benjamin Buckwalter. Mr. Buckwalter called me on the phone and told me about the yield advantages of Nutriplant™ foliar spray, and relayed the experiences other farmers had with the product.

5. Based on those representations, I bought two 30-gallon drums of Nutriplant™ AG foliar treatment, a spray fertilizer. The Nutriplant™ foliar spray was delivered to the men who spray my crops.

6. I had good results with the Nutriplant™ foliar spray on my 2019 crops. The product performed as I expected, and I saw improved yields compared to when I did not use the product.

7. Mr. Buckwalter contacted me again on behalf of Yield Nation in late 2019 or early 2020. He offered to sell me more Nutriplant™ foliar spray for the 2020 crop year. He represented that he was selling me more of the same product, and noted that there would be a better price if I purchased a greater quantity.

8. Because I had good results with the Nutriplant™ product with my 2019 crops, I purchased a tote (essentially a large, square drum) of approximately 270 gallons of Nutriplant™

foliar spray to use on my 2020 crops. I also purchased a bucket of what Mr. Buckwalter represented as Nutriplant™ SD seed treatment.

9. Once again, the products were delivered to the men who spray my crops. I observed the tote that was delivered in 2020 and it had a Yield Nation label on it. I did not think anything of that fact at the time. Mr. Buckwalter then shipped a mixer to mix the foliar spray. He later called me and told me the product would need to be mixed before spraying. I did not request the mixer, and the Nutriplant™ foliar spray did not have to be mixed in 2019.

10. Based on Mr. Buckwalter's representations to me on behalf of Yield Nation, I believed that I received Nutriplant™ AG foliar spray again in 2020.

11. The men who spray my crops had issues with the foliar spray clogging their sprayers in 2020. That did not happen in 2019. Also unlike 2019, I did not see any yield advantages in 2020.

12. I continued to believe that I had been sold Nutriplant™ foliar spray and that it had changed somehow and did not perform the same. I later learned that Yield Nation and Nutriplant™ are not the same product.

13. Based on this experience, I would not buy Nutriplant™ in the same large quantity I purchased in 2020. The most I would purchase at this time would be a 30-gallon drum to test the product once again.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/1, 2021

_____
Kent Roser

2