# EXHIBIT 13

## DECLARATION OF CLYDE ZIMMERMAN

I, Clyde Zimmerman, hereby declare as follows:

1.  I farm land in and around Arbela, Missouri.

2.  I first purchased Nutriplant™ products in or around January 2017 for use on my 2017 crops.  I bought those products from Yield Nation, through Ben Buckwalter.  Mr. Buckwalter cold-called me in early 2017 and told me he was selling Nutriplant™ products.  I bought some Nutriplant™ AG foliar treatment, a spray fertilizer, and Nutriplant™ SD seed treatment, which helps seeds flow through a planter while adding some nutrients.

3.  The Nutriplant™ seed treatment came in a round, white bucket, with Nutriplant™ labelling on it.

4.  I bought Nutriplant™ products again in 2018 and 2019.  I did not have any issues with the product.  It was easy to use and performed as I expected it to.

5.  In early 2020, Mr. Buckwalter followed up with me on behalf of Yield Nation, and asked if I wanted to purchase more of the seed treatment or foliar spray.  I didn't have a need for the foliar spray, but I wanted to purchase more Nutriplant™ seed treatment.  Mr. Buckwalter never told me, or even suggested, that the product had changed.  Instead, he represented that the product was the same as always, which was Nutriplant™.  Because I had purchased the Nutriplant™ seed treatment from Yield Nation repeatedly in the past, I expected to receive more of that Nutriplant™ product.

6.  I paid for the seed treatment by check to Yield Nation on Mr. Buckwalter's instruction.

7.  When the seed treatment arrived, I noticed that the packaging was different.  Instead of coming in a round, white bucket, it came in a square bucket.  And instead of having a

Nutriplant™ label, the bucket had a Yield Nation label. A true and correct photograph of the Yield Nation seed treatment I received is attached as **Exhibit A**.

8. The Yield Nation seed treatment I received did not work properly. Instead of being a fine powder, it clumped up so badly that I needed to break it up with a hammer. It had almost turned to rock. It also separated from the seed, which defeated the product's purpose.

9. I tried contacting Mr. Buckwalter at Yield Nation any way I could, but he would not answer my calls.

10. I intended to purchase Nutriplant™ SD seed treatment in 2020, and if given the choice between that product and the Yield Nation product, I would have purchased the Nutriplant™ product.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2021

*Clyde Zimmerman Jr.*
Clyde Zimmerman

