AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | | |
|---|---|---|
| Alticor, Inc., and Amway Corporation | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 4:21cv308 RLW |
| Yield Nation, LLC | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Yield Nation, LLC
c/o Registered Agent Benjamin Buckwalter
2977 Highway K, Suite 225
O'Fallon, Missouri 63368

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew K. Crane
Dowd Bennett, LLP
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
314-889-7300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3/11/2021

Elizabeth Kirkland
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Yield Nation, LLC
was received by me on *(date)* March 19, 2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* The law firm of Donner Applewhite represents Yield Nation, LLC and accepts services upon the Defendant.

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 22, 2021

*Attorney's signature*

Christian T. Misner
*Printed name and title*

906 Olive Street, St. Louis, MO 63101
*Attorney's address*

Additional information regarding attempted service, etc: