**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ALTICOR, INC., and | ) |
| | ) |
| AMWAY CORPORATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:21-cv-00308-RLW |
| v. | ) |
| | ) |
| YIELD NATION, LLC, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

    **COMES NOW** Thomas R. Applewhite of the law firm of Donner Applewhite, Attorneys at Law, and enters his appearance as counsel for Defendant in the above-captioned matter.

    Respectfully submitted,

**DONNER APPLEWHITE, ATTORNEYS AT LAW**

By: */s/ Thomas R. Applewhite*
    Thomas R. Applewhite #64437
    906 Olive Street, Suite 1110
    St. Louis, MO 63101
    Phone: (314) 293-3526
    Fax: (888) 785-4461
    Email: tom.applewhite@da-lawfirm.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I certify on April 8, 2021 that a true and correct copy of the above and foregoing document was filed using the Court's CM/ECF system, which will automatically send electronic notice of filing to all attorneys of record.

    */s/ Thomas R. Applewhite*