**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| Alticor Inc. and Amway Corporation | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No.  4:21-cv-00308-RLW |
| | ) | |
| Yield Nation, LLC | ) | |
| | ) | |
| Defendant(s). | ) | |

DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for _____Yield Nation, LLC_____ hereby discloses the following organizational interests:

1.      If the subject organization is a corporation,

       a.      Its parent companies or corporations (if none, state "none"):

        N/A

       b.      Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

        N/A

       c.      Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

        N/A

2.      If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

       Benjamin Buckwalter, Sole Member, Citizen of Missouri

                     /s/ Thomas R. Applewhite_____
                     Signature (Counsel for Plaintiff/Defendant)
                     Print Name:  /s/ Thomas R. Applewhite, Counsel for Defendant, #64437
                     Address:  906 Olive Street, Suite 1110_____
                     City/State/Zip:  St. Louis, Missouri 63101
                     Phone:  314-293-3526_____

                     Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____April 8th_____, 20 21_____.

                     /s/ Thomas R. Applewhite_____
                     Thomas R. Applewhite, #64437
                     Signature