**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ALTICOR, INC., and | ) |
| | ) |
| AMWAY CORPORATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.  4:21-cv-00308-RLW |
| v. | ) |
| | ) |
| YIELD NATION, LLC, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

**COMES NOW** Christian T. Misner of the law firm of Donner Applewhite, Attorneys at Law, and enters his appearance as counsel for Defendant in the above-captioned matter.

Respectfully submitted,

**DONNER APPLEWHITE, ATTORNEYS AT LAW**

By: */s/ Christian T. Misner*
    Christian T. Misner #MO65572
    906 Olive Street, Suite 1110
    St. Louis, MO 63101
    Phone: (314) 240-5351
    Fax: (888) 785-4461
    Email: christian.misner@da-lawfirm.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify on April 11, 2021 that a true and correct copy of the above and foregoing document was filed using the Court's CM/ECF system, which will automatically send electronic notice of filing to all attorneys of record.

*/s/ Christian T. Misner*